**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Donald W. Thompson and                    Bankruptcy No. 11-24895-JAD
        Rachel R. Thompson, Debtors               Chapter 13

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Neither Debtor is required to pay any domestic support obligations.

3. The Debtors are entitled to a discharge under terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 21, 2016, at docket numbers 121 and 122, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Debtor Education* attached to the forms.

5. This Certification is being signed under penalty of perjury by undersigned counsel and the Debtors.  Undersigned counsel has duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.


Date:  September 9, 2016               */s/ Michael S. Lazaroff*
                                       Michael S. Lazaroff, Esquire
                                       PA ID No. 204494

                                       The Cingolani Building
                                       300 North McKean Street
                                       Butler, PA 16001
                                       724-256-8859

                                       ButlerDebtLaw@zoominternet.net
                                       Counsel for Debtors


Date:  September 9, 2016               */s/ Donald W. Thompson*
                                       Donald W. Thompson
                                       Debtor


                                       */s/ Rachel R. Thompson*
                                       Rachel R. Thompson
                                       Co-Debtor