**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Donald W. Thompson and<br>Rachel R. Thompson, Debtors | Case No. 11-24895-JAD<br>Chapter 13 |

Ronda J. Winnecour, Chapter 13 Trustee
Movant

      vs.

Donald W. Thompson
Rachel R. Thompson, Respondents

## **CERTIFICATE OF SERVICE**

I, Michael S. Lazaroff, Esquire, certify that: 1) I am at least 18 years of age, and 2) I served a copy of the *Debtors'/Respondents' Response to Trustee's Motion to Dismiss* filed in the above matter upon the parties listed below on the date and in the manner indicated:

By CM/ECF e-mail system:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

By first class U.S. mail, postage pre-paid to:

Donald and Rachel Thompson
112 Ferguson Road
Boyers, PA 16020

      I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on:  September 26, 2016 | /s/ *Michael S. Lazaroff*_____<br>Michael S. Lazaroff, Esquire<br>PA ID  No. 204494<br><br>The Cingolani Building<br>300 North McKean Street<br>Butler, PA 16001<br>724-256-8859<br><br>ButlerDebtLaw@zoominternet.net<br><br>Counsel for Debtors/Respondents |