# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DONALD W. & RACHEL R. THOMPSON |
| Case Number: | 11-24895-JAD     Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 02, 2016 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Trustee's Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee - Response filed by Debtors 9/26/2016 at Doc. # 138 [Due 10/3/2016]

R / M #:   134 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ ✓ / PAIL
DEBTORS:  MICHAEL S. LAZAROFF, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least **30** Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 30 Days**

FILED
11/2/16 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge