IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DONALD W. THOMPSON and RACHEL R. THOMPSON, | : : : | Bankruptcy No. 11-24895-JAD |
| Debtors. | : : X | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : | |
| Movant, | : : | |
| v. | : : | Related To Doc. # 134 |
| DONALD W. THOMPSON and RACHEL R. THOMPSON, | : : : | |
| Respondents. | : : X | |

## ORDER CONTINUING HEARING

AND NOW, this **2nd** day of **November**, 2016, a hearing having been held on **November 2, 2016**, on a **Motion To Dismiss** filed by **Ronda J. Winnecour, Chapter 13 Trustee** at **Doc. # 134**, and the responsive pleading filed thereto by Debtors at Doc. # 138;

IT IS HEREBY ORDERED that the hearing on the above-referenced matter IS CONTINUED TO **Wednesday, December 14, 2016**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219**.

_____ mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
11/2/16 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald W. Thompson
Rachel R. Thompson
    Debtors

Case No. 11-24895-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2     Date Rcvd: Nov 02, 2016
                  Form ID: pdf900    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
```
db/jdb         +Donald W. Thompson,    Rachel R. Thompson,    112 Ferguson Road,    Boyers, PA 16020-1302
intp           +Allied Fire Protection,    Attn: Payroll Department,    1885 Lyndon Boulevard,
                 Falconer, NY 14733-1799
intp           +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
13142645      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjusters,     2144 Sheffield Rd,    Aliquippa, PA 15001-2732)
13142646       +BHS Faster Care PLLC,    PO Box 1549,    Butler, PA 16003-1549
13142655      ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court: Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265)
13142648       +Cenlar,   PO Box 211091,    Eagan, MN 55121-2491
13246568       +Cenlar FSB,    PO Box 77409,    Attn:BK,    Ewing, NJ 08628-6409
13175437        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13142649       +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13175788       +Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13142651       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13142653       +Credit Management Co.,    681 Andersen Drive,    Foster Plaza 6,    Pittsburgh, PA 15220-2766
13142654        Grove City Medical Center,    631 North Broad St Ext,    Grove City, PA 16127-4603
13142656       +Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: mmcconnell@baecu.com Nov 03 2016 01:32:12    Butler Armco Employees Credit Union,
                 101 Hollywood Drive,    P.O. Box 1589,    Butler, PA 16003-1589
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:41:23
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13142647       +E-mail/Text: mmcconnell@baecu.com Nov 03 2016 01:32:12    Butler Armco Credit Union,
                 PO Box 1589,    Butler, PA 16003-1589
13142652       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Nov 03 2016 01:32:12
                 Credit Management Co.,    PO Box 16346,    Pittsburgh, PA 15242-0346
13238147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2016 01:42:20
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13343397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2016 01:40:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13903708        E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:41:23
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13142657       +E-mail/Text: BKRMailOps@weltman.com Nov 03 2016 01:32:05    Weltman, Weinberg & Reis,
                 Attn: James C. Warmbrodt, Esq.,    436 Seventh Ave., Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 8
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Cenlar FSB
cr              Cenlar FSB
intp*          +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
13142650      ##+Chiropractic Care Center,    Charles R. Nebel, DC PC,    340 Franklin St., Suite 100,
                 Slippery Rock, PA 16057-1164
                                                                                    TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: gamr                  Page 2 of 2                  Date Rcvd: Nov 02, 2016
                               Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Kevin T. McQuail    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Matthew F. Marshall    on behalf of Creditor    Butler Armco Employees Credit Union
               mmarshall@dmkcg.com,    jrickabaugh@dmkcg.com
              Michael S. Lazaroff    on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Michael S. Lazaroff    on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```