Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Donald W. Thompson** : | Case No. 11−24895−JAD |
| **Rachel R. Thompson** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Cenlar FSB : | |
| *Movant,* : | Related to Claim No. 5 |
| : | |
| v. : | |
| Donald W. Thompson and : | |
| Rachel R. Thompson : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

     **AND NOW**, this **28th day of November, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Cenlar FSB*** at Claim No. 5 in the above−captioned bankruptcy case,

     It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

     (1)   an ***AMENDED CHAPTER 13 PLAN;***

     (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

     (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

 

                                                    Jeffery A. Deller
                                                   United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald W. Thompson
Rachel R. Thompson
    Debtors

Case No. 11-24895-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: gamr　　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Nov 28, 2016
　　　　　　　　　　　　　Form ID: 237　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.
db/jdb　　　　　+Donald W. Thompson,　　Rachel R. Thompson,　　112 Ferguson Road,　　Boyers, PA 16020-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016　　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Ann E. Swartz    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
        Kevin T. McQuail    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
        Matthew F. Marshall    on behalf of Creditor    Butler Armco Employees Credit Union mmarshall@dmkcg.com,    jrickabaugh@dmkcg.com
        Michael S. Lazaroff    on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com
        Michael S. Lazaroff    on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9