# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DONALD W. THOMPSON<br>RACHEL R. THOMPSON<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>DONALD W. THOMPSON<br>RACHEL R. THOMPSON<br><br>      Respondents | Bankruptcy No.11-24895-JAD<br><br>Chapter 13<br><br>Related To Doc. No.145 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>12th</u> day of <u>December</u>, 2016, it is hereby ORDERED, ADJUDGED and DECREED that,

>Grunau Company Inc
>Attn: Payroll Manager
>8302 Southern Blvd Unit 4
>Boardman,OH 44512

is hereby ordered to immediately terminate the attachment of the wages of DONALD W. THOMPSON, social security number XXX-XX-7748.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DONALD W. THOMPSON.

BY THE COURT:

JEFFERY A. DELLER    mas
CHIEF U. S. BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
12/12/16 5:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald W. Thompson
Rachel R. Thompson
    Debtors

Case No. 11-24895-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Dec 12, 2016
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
```
jdb           +Rachel R. Thompson,    112 Ferguson Road,    Boyers, PA 16020-1302
intp          +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                Boardman, OH 44512-6353
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
```
              Andrew F Gornall     on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Celine P. DerKrikorian     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Kevin T. McQuail     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Matthew F. Marshall     on behalf of Creditor    Butler Armco Employees Credit Union
               mmarshall@dmkcg.com,    jrickabaugh@dmkcg.com
              Michael S. Lazaroff     on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Michael S. Lazaroff     on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```