Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald W. Thompson**
**Rachel R. Thompson**
  Debtor(s)

Bankruptcy Case No.: 11−24895−JAD
Doc. No. 154
Chapter: 13
Docket No.: 155 − 154
Concil. Conf.: April 20, 2017 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **March 13, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **March 28, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **April 20, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.


Dated: January 27, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-24895-JAD
Donald W. Thompson                                                    Chapter 13
Rachel R. Thompson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2            Date Rcvd: Jan 27, 2017
                              Form ID: 410            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb         +Donald W. Thompson,   Rachel R. Thompson,   112 Ferguson Road,   Boyers, PA 16020-1302
intp           +Allied Fire Protection,   Attn: Payroll Department,   1885 Lyndon Boulevard,
                 Falconer, NY 14733-1799
intp           +Grunau Company, Inc.,   Attn: Payroll Department,   8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
13142645       ++ALLIED ADJUSTORS INC,   PO BOX 1006,   ALIQUIPPA PA 15001-0806
                 (address filed with court: Allied Adjusters,   2144 Sheffield Rd,   Aliquippa, PA 15001-2732)
13142646       +BHS Faster Care PLLC,   PO Box 1549,   Butler, PA 16003-1549
13142655       ++CITIBANK,   PO BOX 790328,   ST LOUIS MO 63179-0328
                 (address filed with court: Home Depot Credit Services,   PO Box 653000,   Dallas, TX 75265)
13142648       +Cenlar,   PO Box 211091,   Eagan, MN 55121-2491
13246568       +Cenlar FSB,   PO Box 77409,   Attn:BK,   Ewing, NJ 08628-6409
13175437        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13142649       +Chase Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
13175788       +Citizens Bank,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
13142651       +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
13142653       +Credit Management Co.,   681 Andersen Drive,   Foster Plaza 6,   Pittsburgh, PA 15220-2766
13142654        Grove City Medical Center,   631 North Broad St Ext,   Grove City, PA 16127-4603
13142656       +Udren Law Offices, P.C.,   111 Woodcrest Road, Suite 200,   Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: mmcconnell@baecu.com Jan 28 2017 01:25:51     Butler Armco Employees Credit Union,
                 101 Hollywood Drive,   P.O. Box 1589,   Butler, PA 16003-1589
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2017 01:27:27
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13142647       +E-mail/Text: mmcconnell@baecu.com Jan 28 2017 01:25:50     Butler Armco Credit Union,
                 PO Box 1589,   Butler, PA 16003-1589
13142652       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 28 2017 01:25:51
                 Credit Management Co.,   PO Box 16346,   Pittsburgh, PA 15242-0346
13238147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:38:49
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13343397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:38:49
                 Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA 23541
13903708        E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2017 01:27:27
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13142657       +E-mail/Text: BKRMailOps@weltman.com Jan 28 2017 01:25:43     Weltman, Weinberg & Reis,
                 Attn: James C. Warmbrodt, Esq.,   436 Seventh Ave., Suite 1400,   Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB
cr              Cenlar FSB
intp*          +Grunau Company, Inc.,   Attn: Payroll Department,   8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,   POB 41067,
                 Norfolk, VA  23541)
13142650       ##+Chiropractic Care Center,   Charles R. Nebel, DC PC,   340 Franklin St., Suite 100,
                 Slippery Rock, PA 16057-1164
                                                                                        TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: msch              Page 2 of 2         Date Rcvd: Jan 27, 2017
                               Form ID: 410            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          Celine P. DerKrikorian     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          James Warmbrodt     on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
          Kevin T. McQuail     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          Matthew F. Marshall     on behalf of Creditor    Butler Armco Employees Credit Union
           mmarshall@dmkcg.com,    jrickabaugh@dmkcg.com
          Michael S. Lazaroff     on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net,
           alliedmilitary@berlin.com
          Michael S. Lazaroff     on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net,
           alliedmilitary@berlin.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```