**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald W. Thompson
Rachel R. Thompson**
    Debtor(s)

Bankruptcy Case No.: 11−24895−JAD
Doc. No. 154
Chapter: 13
Docket No.: 157 − 154

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 30th day of January, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/24/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/5/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/24/17.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 11-24895-JAD
Donald W. Thompson                                              Chapter 13
Rachel R. Thompson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch              Page 1 of 2          Date Rcvd: Jan 30, 2017
                              Form ID: 408            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db/jdb         +Donald W. Thompson,    Rachel R. Thompson,    112 Ferguson Road,    Boyers, PA 16020-1302
intp           +Allied Fire Protection,    Attn: Payroll Department,    1885 Lyndon Boulevard,
                 Falconer, NY 14733-1799
intp           +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
13142645       ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                 (address filed with court: Allied Adjusters,    2144 Sheffield Rd,    Aliquippa, PA 15001-2732)
13142646       +BHS Faster Care PLLC,    PO Box 1549,    Butler, PA 16003-1549
13142655       ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
                 (address filed with court: Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265)
13142648       +Cenlar,    PO Box 211091,    Eagan, MN 55121-2491
13246568       +Cenlar FSB,    PO Box 77409,    Attn:BK,    Ewing, NJ 08628-6409
13175437        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13142649       +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13175788       +Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13142651       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13142653       +Credit Management Co.,    681 Andersen Drive,    Foster Plaza 6,    Pittsburgh, PA 15220-2766
13142654        Grove City Medical Center,    631 North Broad St Ext,    Grove City, PA 16127-4603
13142656       +Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: mmcconnell@baecu.com Jan 31 2017 02:23:50     Butler Armco Employees Credit Union,
                 101 Hollywood Drive,    P.O. Box 1589,    Butler, PA 16003-1589
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:19:58
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13142647       +E-mail/Text: mmcconnell@baecu.com Jan 31 2017 02:23:49     Butler Armco Credit Union,
                 PO Box 1589,    Butler, PA 16003-1589
13142652       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 31 2017 02:23:52
                 Credit Management Co.,    PO Box 16346,    Pittsburgh, PA 15242-0346
13238147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:19:15
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13343397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:21:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13903708        E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:19:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13142657       +E-mail/Text: BKRMailOps@weltman.com Jan 31 2017 02:23:11     Weltman, Weinberg & Reis,
                 Attn: James C. Warmbrodt, Esq.,    436 Seventh Ave., Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB
cr              Cenlar FSB
intp*          +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
13142650       ##+Chiropractic Care Center,    Charles R. Nebel, DC PC,    340 Franklin St., Suite 100,
                 Slippery Rock, PA 16057-1164
                                                                                  TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: msch                  Page 2 of 2                   Date Rcvd: Jan 30, 2017
                                  Form ID: 408                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E.  Swartz     on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          James  Warmbrodt     on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
          Matthew F. Marshall    on behalf of Creditor    Butler Armco Employees Credit Union
           mmarshall@dmkcg.com,   jrickabaugh@dmkcg.com
          Michael S. Lazaroff    on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net,
           alliedmilitary@berlin.com
          Michael S. Lazaroff    on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net,
           alliedmilitary@berlin.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```