**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONALD W. THOMPSON<br>RACHEL R. THOMPSON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:11-24895 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| January 27, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2011 and confirmed on 9/16/11. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 146,307.20 |
| Less Refunds to Debtor | 1.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,305.56 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 4,965.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,965.78 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BUTLER ARMCO EMPLOYEES CU* | 7,952.12 | 7,952.12 | 0.00 | 7,952.12 |
|     Acct: 7748 | | | | |
|   CENLAR-LOAN ADMINISTRATION | 0.00 | 72,674.17 | 0.00 | 72,674.17 |
|     Acct: 3423 | | | | |
|   CITIZENS BANK | 0.00 | 30,789.20 | 0.00 | 30,789.20 |
|     Acct: 3593 | | | | |
|   CENLAR-LOAN ADMINISTRATION | 13,536.49 | 13,536.49 | 0.00 | 13,536.49 |
|     Acct: 3423 | | | | |
|   CITIZENS BANK | 16,387.80 | 16,387.80 | 0.00 | 16,387.80 |
|     Acct: 3593 | | | | |
| | | | | 141,339.78 |
| **Priority** | | | | |
|   MICHAEL S LAZAROFF ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD W. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD W. THOMPSON | 1.64 | 1.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MURRIN TAYLOR FLACH ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLIED ADJUSTORS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   BHS FASTER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7126 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1350 | | | | |
|   CHIROPRACTIC CARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7127 | | | | |
|   CMC | 0.00 | 0.00 | 0.00 | 0.00 |

11-24895 JAD                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX6889 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2247 | | | | |
|   GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2256 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5139 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                    141,339.78

TOTAL
CLAIMED            0.00
PRIORITY      37,876.41
SECURED            0.00


Date: 01/27/2017                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DONALD W. THOMPSON<br>　　RACHEL R. THOMPSON<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:11-24895 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 11-24895-JAD
Donald W. Thompson                                                  Chapter 13
Rachel R. Thompson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch                Page 1 of 2            Date Rcvd: Jan 30, 2017
                              Form ID: pdf900           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db/jdb         +Donald W. Thompson,    Rachel R. Thompson,    112 Ferguson Road,    Boyers, PA 16020-1302
intp           +Allied Fire Protection,    Attn: Payroll Department,    1885 Lyndon Boulevard,
                 Falconer, NY 14733-1799
intp           +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
13142645       ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                (address filed with court: Allied Adjusters,     2144 Sheffield Rd,    Aliquippa, PA 15001-2732)
13142646       +BHS Faster Care PLLC,    PO Box 1549,    Butler, PA 16003-1549
13142655       ++CITIBANK,   PO BOX 790328,    ST LOUIS MO 63179-0328
                (address filed with court: Home Depot Credit Services,     PO Box 653000,    Dallas, TX 75265)
13142648       +Cenlar,   PO Box 211091,    Eagan, MN 55121-2491
13246568       +Cenlar FSB,    PO Box 77409,    Attn:BK,   Ewing, NJ 08628-6409
13175437        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13142649       +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13175788       +Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13142651       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13142653       +Credit Management Co.,    681 Andersen Drive,    Foster Plaza 6,    Pittsburgh, PA 15220-2766
13142654        Grove City Medical Center,    631 North Broad St Ext,    Grove City, PA 16127-4603
13142656       +Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: mmcconnell@baecu.com Jan 31 2017 02:23:50     Butler Armco Employees Credit Union,
                 101 Hollywood Drive,    P.O. Box 1589,    Butler, PA 16003-1589
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:20:53
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13142647       +E-mail/Text: mmcconnell@baecu.com Jan 31 2017 02:23:50     Butler Armco Credit Union,
                 PO Box 1589,    Butler, PA 16003-1589
13142652       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 31 2017 02:23:52
                 Credit Management Co.,    PO Box 16346,    Pittsburgh, PA 15242-0346
13238147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:37:46
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13343397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:38:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13903708        E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:20:53
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13142657       +E-mail/Text: BKRMailOps@weltman.com Jan 31 2017 02:23:12     Weltman, Weinberg & Reis,
                 Attn: James C. Warmbrodt, Esq.,    436 Seventh Ave., Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB
cr              Cenlar FSB
intp*          +Grunau Company, Inc.,    Attn: Payroll Department,    8302 Southern Boulevard, Unit 4,
                 Boardman, OH 44512-6353
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,     POB 41067,
                 Norfolk, VA  23541)
13142650       ##+Chiropractic Care Center,    Charles R. Nebel, DC PC,    340 Franklin St., Suite 100,
                 Slippery Rock, PA 16057-1164
                                                                                 TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: msch                 Page 2 of 2            Date Rcvd: Jan 30, 2017
                              Form ID: pdf900            Total Noticed: 23

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Cenlar FSB agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com
              Matthew F. Marshall    on behalf of Creditor    Butler Armco Employees Credit Union
               mmarshall@dmkcg.com,    jrickabaugh@dmkcg.com
              Michael S. Lazaroff    on behalf of Debtor Donald W. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Michael S. Lazaroff    on behalf of Joint Debtor Rachel R. Thompson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```